PER CURIAM.
We reverse the lower court’s judgment and the order upon which it was based. Caidin v. Lakow, 546 So.2d 788 (Fla. 3d DCA 1989); Connelly v. Old Bridge Village Co-Op, Inc., 915 So.2d 652, 655-56 (Fla. 2d DCA 2005); Widmer v. Caldwell, 714 So.2d 1128 (Fla. 1st DCA 1998); Wapnick v. State Farm Mut. Auto. Ins. Co., 54 So.3d 1065 (Fla. 4th DCA 2011); State Farm Mut. Auto. Ins. Co. v. Curran, 83 So.3d 793 (Fla. 5th DCA 2011); Whistler’s Park v. Fla. Ins. Guar., etc., 90 So.3d 841 (Fla. 5th DCA 2012); Allstate Floridian *195 Ins. Co. v. Farmer, 104 So.3d 1242 (Fla. 5th DCA 2012).
REVERSED.
TORPY, C.J., PLEUS, R.J., Senior Judge, and SWANSON, R., Associate Judge, concur.